

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2023

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to May 2, 2023, at 2:30 p.m. No further adjournments will be granted absent extraordinary circumstances. The Clerk of Court is directed to terminate Doc. #28.*

*SO ORDERED.*

*March 9, 2023*

Re:  **United States v. Giorgi Kveladze, 22 Cr. 486 (JMF)**

Dear Judge Furman:

The Government writes at the defendant's request[1] to request an adjournment of the sentencing in this case scheduled for March 14, 2023. The defendant requests a final adjournment of 45 days for the sentencing to have adequate time to prepare for sentencing, and requests that his time to file a sentencing submission be adjourned, *nunc pro tunc*, to two weeks before the rescheduled sentencing date. The Government does not object.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/
Matthew R. Shahabian/Eli J. Mark
Assistant United States Attorneys
(212) 637-1046/-2443

CC: Patrick Brackley, Esq. (by ECF)

---

[1] Counsel for the defendant is currently traveling and requested that the Government submit this request on his behalf.